UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID JOHN THORKELSON, as
Personal Representative of the
Estate of Debi Lyn Thorkelson,

    Plaintiff,

v.                                        Case No: 2:19-cv-263-SPC-MRM

CARMINE MARCENO and
ROBERT CASALE,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 83). Judge McCoy recommends granting in part and denying in part Defendants' Renewed Motion to Tax Costs (Doc. 77). No objections have been filed, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

Defendants' Renewed Motion to Tax Costs (Doc. 77) is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) The Motion is **granted** to the extent Defendants are awarded $400.00 for the removal fee;

(2) The Motion is **granted** to the extent Defendants are awarded $325.00 in fees for service of process;

(3) The Clerk of Court is **directed** to enter a cost judgment for Defendants Carmine Marceno and Robert Casale in the amount of $725.00;

(4) The Motion is **denied** as to Defendants' request to tax the mediator's fee;

(5) The Motion is **denied without prejudice** to the extent it seeks any other relief; and

(6) Defendants may file an adequately supported renewed motion, if they choose to do so, by **November 12, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on October 28, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record